No. ——. Original. *Ex parte:* In the Matter of George O. Kitzerow, Petitioner. Submitted May 20, 1918. Decided June 3, 1918. Motion for leave to file petition for writ of mandamus denied. *Mr. Frank T. Boesel* for petitioner.

---

## DECISIONS ON PETITIONS FOR WRITS OF CERTIORARI, FROM MAY 6, 1918, TO JUNE 10, 1918.

No. 957. W. Gordon McCabe, Jr., and William F. Gray, Petitioners, *v.* Guaranty Trust Company of New York, as Substituted Trustee, etc., et al. May 6, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. David Hunter Miller* and *Mr. Gordon Auchincloss* for petitioners. *Mr. Emanuel J. Myers* and *Mr. Gordon S. P. Kleeberg* for respondents.

---

No. 924. Great Bear Spring Company, Petitioner, *v.* Bear Lithia Springs Company. May 6, 1918. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Edward S. Beach* for petitioner. *Mr. Fritz V. Briesen* for respondent.